**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1860**

_____

In Re:  WILLIAM H. EVANS, JR.,

Petitioner.

_____

On Petition for Writ of Mandamus.
(1:15-cv-00138-AJT-JFA;
1:14-cv-01015-AJT-IDD)

_____

Submitted:  November 4, 2015       Decided:  December 28, 2015

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

William H. Evans, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William H. Evans, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's dockets reveals that the district court has dismissed his Bivens complaint and transferred his § 2241 petition to the district where he is currently in custody.

Accordingly, because the district court has recently acted in Evans' cases, we deny the mandamus petition as moot. We deny his motion to order corrections officials to take certain actions, and deny his petition for rehearing en banc without prejudice to his right to refile the petition if he so chooses within the time allowed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2